

# United States District Court
# Northern District of Illinois

In the Matter of

Zapala

v.

Home Depot U.S.A., Inc.

District Judge Manish S. Shah

Case No. 15-CV-3942

Designated Magistrate Judge
Mary M. Rowland

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

   I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge John J. Tharp Jr.**

Date: Monday, May 11, 2015

---

## ORDER OF THE EXECUTIVE COMMITTEE

   IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated: Monday, May 11, 2015

District Reassignment - By Lot

- IOP 13(f) - I recuse myself from this case for the following reasons:

   28 U.S.C. 455(b)(4) [Party]

...................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot